█ JOSEPH SCALLY, Respondent, v SIMCONA ELECTRONIC CORP. et al., Appellants.—Motion to dismiss appeal denied as unnecessary. The appeal has been deemed abandoned pursuant to 22 NYCRR 1000.3 (b) (2).